**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

Monday, July 7, 1008

FILED
JUL 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Maria-Elena James
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attn: Brenda Tolbert
      Court Clerk

Re:    *United States v. Douglas Largaespada*, No. 3 08 70400 MEJ

Dear Ms. Tolbert:

This is to inform you that Gail Shifman, Attorney at Law, will be present for the hearing scheduled for Tuesday, July 8, 2008 at 9:30 a.m. for I.D. of Counsel on behalf of defendant, Douglas Largaespada.

Respectfully,

BARRY J. PORTMAN
Federal Public Defender

*Carmen Estrada*
CARMEN ESTRADA
Legal Secretary