1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA        )   No. 3-08-70400 MEJ
14                                 )
                                   )   STIPULATION AND [PROPOSED]
15        v.                       )   ORDER DOCUMENTING WAIVER
                                   )
16                                 )
   DOUGLAS LARGAESPADA,            )
17        a/k/a "Droopy,"          )
                                   )
18        Defendant.               )
                                   )
19 _____ )

20

21        With the agreement of the parties, and with the consent of the defendant, the Court enters

22 this order vacating the preliminary hearing date of August 7, 2008, setting a new preliminary

23 hearing date on September 5, 2008, at 9:30 a.m., before the duty magistrate judge, extending the

24 time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding

25 time under the Speedy Trial Act from the date of this stipulation, August 5, 2008, to September

26 5, 2008.  The parties agree and stipulate, and the Court finds and holds, as follows:

27        1.    The defendant, Douglas Largaespada, was charged in a complaint dated July 2,

28 2008 with one count of assault with a dangerous weapon in aid of racketeering, in violation of 18

1  U.S.C. §§ 1959(a)(3) and 2, and one count of attempted murder in aid of racketeering, in
2  violation of 18 U.S.C. §§ 1959(a)(5) and 2.  Largaespada was transferred into federal custody on
3  July 3, 2008, and presented to Magistrate Judge Maria-Elena James on that day.  On July 8, 2008,
4  Largaespada appeared before Magistrate Judge Vadas and Gail Shifman, Esq., was appointed to
5  represent him.  Magistrate Judge Vadas also scheduled a detention hearing for July 15, 2008.
6  The defendant remained detained pending further proceedings.

7      2.    Following the appointment of Ms. Shifman on July 8, 2008, the parties conferred
8  regarding possible dispositions of this matter.  Ms. Shifman, however, subsequently withdrew as
9  counsel for the defendant, and on July 23, 2008, Magistrate Judge James appointed Erik
10 Babcock, Esq., to represent the defendant.

11     3.    Since Mr. Babcock's entry into this matter, the parties have be engaged in
12 discussions regarding this matter.  These discussions are continuing, and, as a result, the parties
13 have asked the Court to extend the preliminary hearing date to September 5, 2008, pursuant to
14 Federal Rule of Criminal Procedure 5.1, and excluding the time under the Speedy Trial Act, 18
15 U.S.C. § 3161.

16     4.    Taking into the account the public interest in the prompt disposition of criminal
17 cases, the above-stated ground is good cause for extending the time limit for a preliminary
18 hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and
19 for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the
20 defense time for effective preparation and for seeking disposition of this matter on agreed-upon
21 terms.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1       5.      Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the August 7, 2008 preliminary hearing date and extends the time for a preliminary hearing until September 5, 2008, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from August 5, 2008 to September 5, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:    August 5, 2008           /s/
                                              ERIK BABCOCK, ESQ.
                                              Attorney for DOUGLAS LARGAESPADA

DATED:    August 5, 2008           /s/
                                              W.S. WILSON LEUNG
                                              Assistant United States Attorney

IT IS SO ORDERED.

DATED:    August ____, 2008
                                              HON. BERNARD ZIMMERMAN
                                              United States Magistrate Judge