1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-6753

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. 3-08-70400 MEJ |
|---|---|---|
| v. | ) ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING WAIVER |
| DOUGLAS LARGAESPADA, a/k/a "Droopy," | ) ) ) | |
| Defendant. | ) ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing date of August 7, 2008, setting a new preliminary hearing date on September 5, 2008, at 9:30 a.m., before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time under the Speedy Trial Act from the date of this stipulation, August 5, 2008, to September 5, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

1. The defendant, Douglas Largaespada, was charged in a complaint dated July 2, 2008 with one count of assault with a dangerous weapon in aid of racketeering, in violation of 18

U.S.C. §§ 1959(a)(3) and 2, and one count of attempted murder in aid of racketeering, in violation of 18 U.S.C. §§ 1959(a)(5) and 2.  Largaespada was transferred into federal custody on July 3, 2008, and presented to Magistrate Judge Maria-Elena James on that day.  On July 8, 2008, Largaespada appeared before Magistrate Judge Vadas and Gail Shifman, Esq., was appointed to represent him.  Magistrate Judge Vadas also scheduled a detention hearing for July 15, 2008.  The defendant remained detained pending further proceedings.

       2.      Following the appointment of Ms. Shifman on July 8, 2008, the parties conferred regarding possible dispositions of this matter.  Ms. Shifman, however, subsequently withdrew as counsel for the defendant, and on July 23, 2008, Magistrate Judge James appointed Erik Babcock, Esq., to represent the defendant.

       3.      Since Mr. Babcock's entry into this matter, the parties have be engaged in discussions regarding this matter.  These discussions are continuing, and, as a result, the parties have asked the Court to extend the preliminary hearing date to September 5, 2008, pursuant to Federal Rule of Criminal Procedure 5.1, and excluding the time under the Speedy Trial Act, 18 U.S.C. § 3161.

       4.      Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the defense time for effective preparation and for seeking disposition of this matter on agreed-upon terms.

//
//
//
//
//
//
//

5. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the August 7, 2008 preliminary hearing date and extends the time for a preliminary hearing until September 5, 2008, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from August 5, 2008 to September 5, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:   August 5, 2008                    /s/
                                           ERIK BABCOCK, ESQ.
                                           Attorney for DOUGLAS LARGAESPADA

DATED:   August 5, 2008                    /s/
                                           W.S. WILSON LEUNG
                                           Assistant United States Attorney

IT IS SO ORDERED.

DATED:   August _6_, 2008                  _____
                                           HON. BERNARD ZIMMERMAN
                                           United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-3-